# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER WILSON, et al., <br>     Plaintiff, <br><br> v. <br><br> L.A. ARENA COMPANY, LLC, et al., <br>     Defendant. | CV 21-8065-DSF (GJSx) <br><br> Order to Show Cause re Dismissal for Lack of Prosecution |

    The Federal Rules of Civil Procedure require a plaintiff to serve process on the defendants within 90 days of the filing of the complaint. Fed. R. Civ. P. 4(m). The Court may extend this deadline for good cause. Id. More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proofs of service as to defendants Officer Martinez and Officer Arambula. Therefore, Plaintiff is ordered to show cause no later than July 25, 2022 why the unserved defendants should not be dismissed for failure to prosecute. The filing of proofs of service showing that the relevant defendants were served within the 90-day period or a showing of good cause for extending the service period constitute adequate responses to this order.

IT IS SO ORDERED.

Date: July 11, 2022

*Dale S. Fischer*

Dale S. Fischer
United States District Judge